NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UTTO INC.,**

*Plaintiff-Appellant*

v.

**METROTECH CORP., aka Vivax-Metrotech,**

*Defendant-Appellee*

---

2023-1435

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-01904-WHO, Judge William H. Orrick, III.

---

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same

2                                          UTTO INC. V. METROTECH CORP.


hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                        FOR THE COURT

March 13, 2023
      Date                      /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** March 13, 2023